**Order entered November 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00087-CV

## SCOTT DAMON RICHARDSON, Appellant

## V.

## DARREN MARSACK, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09775**

## ORDER
### Before the Court En Banc

Before the Court is appellant's October 25, 2018 motion for reconsideration en banc.

Appellant's motion is **DENIED**.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE